IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV481

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SHIRLEY ILETA WRAY, ) | |
| Debtor. ) | |
| ) | |
| ) | |
| LANGDON COOPER, TRUSTEE, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| SHIRLEY ILETA WRAY and JOHN D. ) | |
| WRAY, ) | |
| ) | |
| Defendants and Third-Party ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JULIE MOSER HANCE and HANCE & ) | |
| HANCE, PA, ) | |
| ) | |
| Third Party Defendants. ) | |

This matter is before the court upon Hance & Hance PA's motion for leave of court to file an appeal from the bankruptcy court's order denying its motion for summary judgment and for a stay of proceedings pending appeal. The Defendants and Third-Party Plaintiffs have objected to these motions. In its discretion, the court hereby DENIES both motions.
IT IS SO ORDERED.

Signed: January 4, 2007

Graham C. Mullen
United States District Judge