IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 481**

In the matter of Shirley Ileta Wray,
        Debtor.

Langdon Cooper, Trustee,

     v.

Shirley Ileta Wray and John D. Wray,
        Defendants and  Third Party Plaintiffs,

     v.

Julie Mosier Hance and
Hance and Hance, PA
        Third Party Defendants

_____

## **ORDER**

      THIS MATTER IS BEFORE THE COURT on the Motion for Status Conference filed by Defendants/Third Party Plaintiffs, Shirley and John Wray [doc. 6].  IT IS HEREBY ORDERED that parties are directed to appear for a status conference is scheduled on **May 17, 2007 at 11:00 a.m. in Chambers**.

      IT IS SO ORDERED.

                    Signed: April 25, 2007

                    Graham C. Mullen
                    United States District Judge