UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV481

| | |
|---|---|
| in the matter of<br>Shirley Ileta Wray<br><br>Debtor. | )<br>)<br>)<br>)<br>) |
| Langdon Cooper, Trustee,<br>v.<br><br>Shirley Ileta Wray and<br>John D. Wray,<br><br>    Defendants and<br>    Third Party Plaintiffs,<br>vs.<br><br>JULIE MOSIER HANCE and<br>HANCE AND HANCE, P.A.,<br>    Third Party Defendants. | )<br>)<br>)<br>)<br>)   ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    This matter is before the court upon its own motion. A status conference was held in this case on May 17, 2006. Pursuant to discussions at the conference,

    IT IS THEREFORE ORDERED that the Defendant Hance and Hance, P.A. is hereby directed to file a motion for summary judgment, along with the appropriate record and supporting brief, within thirty days of the date of entry of this Order.

    Signed: May 17, 2007

    Graham C. Mullen
    United States District Judge