IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV481

| | |
|---|---|
| SHIRLEY ILETA WRAY and JOHN D. WRAY, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ORDER ) |
| HANCE AND HANCE, P.A., | ) ) ) |
| Defendants. | ) ) |

    This matter is before the court upon Defendant's Motion for Summary Judgment, filed July 3, 2007. The Plaintiffs have failed to file a response in opposition to this motion. The court has reviewed the Defendant's brief and exhibits in support of its motion. The court finds that there is no genuine issue of material fact and summary judgment in favor of the Defendant is appropriate for the reasons stated in Defendant's brief.

    IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is hereby GRANTED.

Signed: August 7, 2007

Graham C. Mullen
United States District Judge

1