IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV481

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SHIRLEY ILETA WRAY, | ) |
| | ) |
|     Debtor. | ) |
| _____ | ) |
| | ) |
| LANGDON COOPER, TRUSTEE, | ) |
| | ) |
| vs. | ) |
| | ) |
| SHIRLEY ILETA WRAY and | ) |
| JOHN D. WRAY, | )    ORDER |
| | ) |
|     Defendants and Third-party | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| JULIE MOSER HANCE and | ) |
| HANCE & HANCE, P.A., | ) |
| | ) |
|     Third-party Defendants. | ) |
| _____ | ) |

    This matter is before the court upon motion of Hance & Hance, P.A. to reopen this case for the purpose of filing a Motion for Rule 11 Sanctions against the attorney for the Plaintiffs, Thomas B. Kakassy. Defendant had ample time to file this motion while the case was open. Accordingly,

    IT IS THEREFORE ORDERED that the Motion to Reopen is hereby DENIED.

Signed: October 15, 2007

Graham C. Mullen
United States District Judge